UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGIL SYSTEMS PTY, LTD,<br><br>                      Plaintiff,<br><br>v.<br><br>TRACKIT, LLC,<br><br>                      Defendant. | Case No.:  16CV198-JLS(JMA)<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND SETTLEMENT CONFERENCE** |

      The Court convened an Early Neutral Evaluation Conference on October 14, 2016 at 10:00 a.m.

      A telephonic Case Management Conference will be held on **October 21, 2016** at **9:00 a.m.** Counsel for each party shall participate in the conference, and shall use the following call-in information:  Dial-In Number 888-684-8852, Access Code 2602013, and press "*" to bypass the prompt for a security code.

      At the request of the parties, a Settlement Conference will be held in the chambers of Magistrate Judge Jan M. Adler on **November 30, 2016** at **2:00 p.m.**, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California.  If the parties wish to provide updated settlement statements they may do so no later than **November 23, 2016**.  The parties may either submit confidential settlement statements or may exchange their settlement statements.

     All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference. The individual(s) present at the Settlement Conference with settlement authority must have the unfettered discretion and authority on behalf of the party to: 1) fully explore all settlement options and to agree during the conference to any settlement terms acceptable to the party (<u>G. Heileman Brewing Co., Inc. v. Joseph Oat Corp.</u>, 871 F.2d 648, 653 (7th Cir. 1989)), 2) change the settlement position of a party during the course of the conference (<u>Pitman v. Brinker Int'l, Inc.</u>, 216 F.R.D. 481, 485-86 (D. Ariz. 2003)), and 3) negotiate a settlement without being restricted by any predetermined level of authority (<u>Nick v. Morgan's Foods, Inc.</u>, 270 F.3d 590, 596 (8th Cir. 2001)). Governmental entities may appear through litigation counsel only. As to all other parties, appearance by litigation counsel only is not acceptable. Retained outside corporate counsel shall not appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.

     The failure of any counsel, party or authorized person to appear at the Settlement Conference as required shall be cause for the immediate imposition of sanctions. All conference discussions will be informal, off the record, privileged, and confidential.

     **IT IS SO ORDERED**.

Dated: October 14, 2016

_____
Honorable Jan M. Adler
United States Magistrate Judge